**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **ERIC SWEETING,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **CIV. ACT. 1:21-cv-132-TFM-B** |
| ) | |
| **SHAUNA DELORME,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

**MEMORANDUM OPINION AND ORDER**

On April 2, 2021, the Magistrate Judge entered a report and recommendation which recommends this action be stayed pending completion of Plaintiff's pending state court proceedings and that Plaintiff be ordered to file a status report on the 1st day of each month and within fourteen (14) days of the conclusion of his state criminal case. *See* Doc. 3. No objections were filed and Plaintiff has filed timely status reports.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that that this action be **STAYED**, pending completion of Plaintiff's pending state court criminal proceedings. It is further **ORDERED** that Plaintiff **NOTIFY** the Court of the current **status** of his pending state court criminal proceedings by the **1st day** of each month, and **NOTIFY** the Court within **fourteen (14) days** of the conclusion and outcome of his criminal trial in state court.

The Clerk of Court is **DIRECTED** to place this case on the administratively closed docket during the pendency of the stay.

**DONE** and **ORDERED** this 18th day of May, 2021.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE