# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ERIC SWEETING, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CIV. ACT. NO. 1:21-cv-132-TFM-B |
| SHAUNA DELORME, *et al.*, | ) ) ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this same date, it is **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED without prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 1st day of April, 2024.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE